**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **OSCAR RUBEN APAC**, | § § § | |
| *Plaintiff*, | § | |
| v. | § § | |
| **OMEGA REALTY CORP.**, | § | EP-24-CV-00131-DCG |
| *Defendant*. | § § § | |

## ORDER DISMISSING CASE WITH PREJUDICE

The parties have advised the Court that they have "reached a resolution of Plaintiff's claims" that resolves this case. Joint Stipulation, ECF No. 12. The parties thus ask that the Court dismiss all of Plaintiff's claims against Defendant "in their entirety and with prejudice." *Id.* at 1.

Accordingly, **IT IS ORDERED** that all claims asserted by Plaintiff Oscar Ruben Apac in this action against Defendant Omega Realty Corp. are **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

**So ORDERED and SIGNED this 5th day of August 2024.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**